UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>BECKHAM BAKER,<br><br>       Defendant. | Case No. 2:04-cr-00427-JAD-RJJ<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 10, 2025, at 11:30 a.m., be vacated and continued to June 11, 2025, at the hour of 10:00 a.m.

    DATED this 4th day of March 2025.

_____
UNITED STATES DISTRICT JUDGE